KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

DEREK R. OWENS (CSBN 230237)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6488
    Facsimile: (415) 436-7234
    E-mail: derek.owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0632 MAG |
| ) | |
|     Plaintiff, ) | STIPULATION AND [~~XXXXXXX~~ PROPOSED] |
| ) | ORDER CONTINUING PRELIMINARY |
|     v. ) | HEARING AND WAIVING TIME |
| ) | |
| HAHN THI MY DUONG, ) | |
|     a/k/a: Nhu Huynh Dinh, ) | |
| ) | |
|     Defendant. ) | |
| _____ ) | SAN FRANCISCO VENUE |

       On September 20, 2006, the parties in this case appeared before the Court for a Preliminary Hearing. At that time, the parties stipulated that the Preliminary Hearing Date would be continued until October 6, 2006, and that time should be excluded from the Speedy Trial Act calculations from September 20, 2006, to October 6, 2006, for effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also stipulated that, pursuant to Federal Rule of Criminal Procedure (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c) be tolled and waived from September 20, 2006, to and including October 6, 2006. The parties agree that, taking into

Stipulation and [Proposed] Order
CR 06-0632 MAG

account the public interest in prompt disposition of criminal cases, good cause exists for this extension.

**IT IS SO STIPULATED**.

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

DATED: 09/24/06        /s/ Derek R. Owens
DEREK R. OWENS
Special Assistant U.S. Attorney

DATED: 09/24/06        /s/ James M. Barrett
JAMES M. BARRETT
Attorney for Defendant Duong

As the Court found on September 20, 2006, and for the reasons stated above, the Court finds that an exclusion of time between September 20, 2006, and October 6, 2006, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. § 3161(h)(8)(B)(iv). The Court also finds that good cause exists pursuant to Federal Rule of Criminal Procedure (FRCP) 5.1(d) to waive and toll the time limits set forth in FRCP 5.1(c) from September 20, 2006, to and including October 6, 2006.

**IT IS SO ORDERED.**

DATED: 9/26/06

IT IS SO ORDERED
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation and [Proposed] Order
CR 06-0632 MAG